B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re  Zernithea Michelle  Cochran              ,              Case No.  25-52021

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

  Jefferson Capital Systems LLC               |      BMG Loansatwork, Inc.
Name of Transferee              |              Name of Transferor

Name and Address where notices to transferee should be sent:

  Jefferson Capital Systems, LLC
  PO Box 7999
  St. Cloud , MN 56302-9617

Phone:  800-928-7314

Last Four Digits of Acct #:       5219

Court Claim # (if known):       2
Amount of Claim:       5847.53
Date Claim Filed:       01/01/2024

Phone:
Last Four Digits of Acct. #:      5219

Name and Address where transferee payments should be sent (if different from above):

  Jefferson Capital Systems, LLC
  PO Box 772813
  Chicago , IL 60677-2813

Phone:  800-928-7314

Last Four Digits of Acct #:        5219

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mohammedusman Khan (Bankruptcy Specialist   Date: 4/13/2026
          Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EXHIBIT K**
**WAIVER OF NOTICE OF TRANSFER OF CLAIM**

BMG LoansAtWork, Inc., a Delaware corporation with a place of business at 444 Brickell Ave., Suite 250, Miami, FL 33131  ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee").  Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 200 14th Ave E, Sartell, MN 56377.  Said claims arise from consumer contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

BMG Loans At Work
BMG Loans At Work, Inc.
BMG Loans At Work, LLC
BMG Money
BMG Money Inc.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the 25 day of March, 2026.

Transferor: BMG LoansAtWork, Inc.

By:_____

Name: Kieran Noonan
Title:   CEO & President