## UNITED STATES BANKRUPTCY COURT

In Re: _____        :        Case No. _____

_____              :        Chapter 13

        Debtor(s)                :        Judge _____

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

_____ hereby gives notice that its address, as it relates to

Proof(s) of Claim Number(s) _____, is changed as follows:

Prior Address:

**NOTICE ADDRESS:**                          **PAYMENT ADDRESS:**

_____                      _____

_____                      _____

_____

Prepared by:

_____

Name

_____

Title

_____

Address

_____

_____

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S.

/s/ _____