## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

**In RE:**

ZERNITHEA MICHELLE COCHRAN

**Chapter:** 13

**Claim Number:** 8

**Case Number:** 25-52021

**Debtor(s)**

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only        [√] Payment only        [ ] Notice & Payment

### PAYMENT ADDRESS

FROM:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

P.O. Box 4360

Houston, TX 77210

TO:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

PO Box 661381

Dallas,TX 75266-1381

Date:  08/13/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

**In RE:**

**Chapter:**   13

ZERNITHEA MICHELLE COCHRAN

**Case Number:** 25-52021

**Debtor(s)**

**Certificate of Service**

I certify that on 08/13/2026, I caused to be served a true and correct copy of the foregoing
document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
E L CLARK
CWATLANTABK@GMAIL.COM

Trustee
MELISSA J DAVEY
mail@13trusteeatlanta.com

/s/ Rohan Pardeshi

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com